FILED 12 DEC '19 10:20USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

DANIEL RAY LEVITT

*(Enter full name of plaintiff)*

Plaintiff,

v.

WCSO DEPUTY UPTON, ANDREW SKINNER
WASHINGTON COUNTY SHERIFF'S OFFICE, NAPHCARE MEDICAL
MULTNOMAH COUNTY SHERIFF'S OFFICE
MULTNOMAH COUNTY JAIL
MULTNOMAH COUNTY JAIL MEDICAL
COLUMBIA COUNTY JAIL
WELLPATH MEDICAL

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:19-cv-02026-SI
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: DANIEL RAY LEVITT
Street Address: 3559 SE 65TH AVE
City, State & Zip Code: PORTLAND, OR 97206
Telephone No.: 503-801-3992

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**	Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


**Defendant No. 2**	Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


**Defendant No. 3**	Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


**Defendant No. 4**	Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

FREEDOM AND LIBERTY, CUSTODY RIGHTS, HEALTHCARE, PERSONAL WELL BEING

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ON OR ABOUT NOVEMBER 7, 2018, WCSO DEPUTY UPTON BROKE STATUTES AND RULES DURING A PURSUIT WHICH CAUSED THE VEHICLE I WAS DRIVING TO WRECK, CAUSING ME MULTIPLE INJURIES. WCSO THEN PRESSURED DOCTORS TO RELEASE ME FROM HOSPITAL BEFORE FULLY TREATED. WCSO JAIL STAFF AND NAPHCARE MEDICAL THEN DID NOT FOLLOW DOCTOR'S CARE ORDERS, NAPHCARE DENIED ME WHEELCHAIR, MEDICINES, GAVE ME WRONG MEDICINE, DENIED ME ANTIBIOTICS AND SO WOUND WAS NOT PROPERLY HEALED WHEN STITCHES REMOVED LEAVING PERMANENT SCARRING, GIVEN WRONG MEDS CAUSING PERMANENT DAMAGE, JAIL DIDN'T FOLLOW JUDGE'S ORDERS RESULTING IN 2 DAYS IN JAIL

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ANDREW SKINNER DID NOT INFORM ME OF MY RIGHTS, MISFILED DETAINER, LEFT GPS ON TOO LONG, LIED IN PAPERWORK,

Complaint for Violation of Civil Rights (Prisoner Complaint)  3
[Rev. 01/2018]

ALTERED LIFEWORKS EVALUATION PAPERWORK DELAYING TREATMENT, DENYING PROPER TREATMENT, MY FINGER WAS BROKEN IN MULT. CO. INVERNESS JAIL, NOT TREATED SO IT HEALED/SET WRONG, TOOK WHEELCHAIR, DENIED MEDICAL TREATMENT FOR ANKLE AND KNEE INJURIES, DENIED ME PRESCRIBED MEDICATIONS

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

COLUMBIA COUNTY JAIL, WELLPATH MEDICAL DENIED PRESCRIBED MEDICATIONS, DENIED KNEE BRACE, DENIED ORTHOTICS + SHOES, DENIED CRUTCHES, NO ALLOW, INADEQUATE MATRESS, IMPROPER CUSTODY HOUSING - PUNISHING ME FOR MY DISABILITIES, WARTS, LACK OF PROPER SANITATION SUPPLIES, FAULTY WATER TREATMENT SYSTEM

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

ORDER CUSTODY FACILITIES + SERVICES TO PROVIDE PROPER NEEDS TO MYSELF AND FUTURE INMATES, AND:

WCSO - $50,000.00

NAPHCARE - $20,000.00

ANDREW SKINNER - $20,000.00

DEPUTY UPTON - $20,000.00

MULTNOMAH COUNTY JAIL - $50,000.00

COLUMBIA COUNTY JAIL - $20,000.00

WELLPATH - $20,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8TH day of DECEMBER, 2019.

(Signature of Plaintiff)